Stephen M. Doniger, Esq. (SBN 179314)
  Email: Stephen@Donigerlawfirm.com
Scott A. Burroughs, Esq. (SBN 235718)
  Email: Scott@Donigerlawfirm.com
**DONIGER LAW FIRM, APC**
300 Corporate Pointe, Suite 355
Culver City, CA 90230
Telephone (310) 590-1820
Facsimile  (310) 417-3538

Attorneys for Plaintiff
L.A. PRINTEX INDUSTRIES, INC.

JS-6

note changes by Court

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.A. PRINTEX INDUSTRIES, INC., a California Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>RAINBOW USA, INC., a New York Corporation; POMC LLC, a California Corporation; SIMON INTERATIONAL, a Corporation of Form Unknown; and DOES 1 through 10,<br><br>Defendants. | Case No.: CV 08-6232 JFW (FFMx)<br>*Honorable John F. Walter Presiding*<br><br>[~~PROPOSED~~] **ORDER ON STIPULATION TO DISMISS ACTION**<br><br>**[Fed.R.Civ.Pro. 41(a)(1)(ii)]** |

Upon review of the Stipulation for Dismissal filed by Plaintiff and counsel for the remaining Defendants, and finding good cause thereon, IT IS ORDERED THAT:

1. This action is to be dismissed with prejudice as to Defendant RAINBOW USA, INC. with regard to Plaintiff's claims relating to Design C30128, and without prejudice as to all other parties and claims set forth in the Action.

1
[PROPOSED] ORDER ON STIPULATION TO DISMISS

2. This dismissal is expressly conditioned on the terms and conditions of the confidential settlement agreements entered into by and between the Plaintiff and Defendant RAINBOW USA, Inc.;

3. The Court retains jurisdiction of this matter for the purposes of taking any action needed to enforce the terms of the confidential settlement agreement;

4. Each party is to bear its own costs and fees as incurred against one another

SO ORDERED.

Dated: November 18, 2009     By: _John F. Walter /s/_____
                                 HON. JOHN F. WALTER
                                 United States District Court Judge

2
[PROPOSED] ORDER ON STIPULATION TO DISMISS